# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA

| | | | |
|---|---|---|---|
| **Page #** | **USA** | **Docket #** 5:09-CR-216-FL (7 DEFTS) | |
| **Ptf.** | **vs.** | **District** EDNC | |
| **Deft.** X | **DANIEL BOYD, ET AL** | **Date** August 4, 2009 - August 5, 2009 | |
| **Govt.** X | | | |
| Presiding Judge USMJ WEBB | Court Reporter DONNA TOMAWSKI | Courtroom Deputy aeb | |

| DATE | NUMBER | IDENTIFIED BY WITNESS | EXHIBIT DESCRIPTION | OFFERED | OBJECT | OVERRULE | SUSTAIN | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| August 4, 2009 | 20 | Sutton | photo of daniel boyd | x | | | | x |
| | 21 | Sutton | photo of zak boyd | x | | | | x |
| | 22 | Sutton | photo of dylan boyd | x | | | | x |
| | 23 | Sutton | photo of yaghi | x | | | | x |
| | 24 | Sutton | photo of sherifi | x | | | | x |
| | 25 | Sutton | photo of subasic | x | | | | x |
| | 26 | Sutton | photo of hassan | x | | | | x |
| | 43 | Sutton | ID card of Daniel Boyd | x | | | | x |
| | 44 | Sutton | copy of ID card along with translation | x | | | | x |
| | 45 | Sutton | photo of daniel boyd | x | | | | x |
| | 46 | Sutton | photo of daniel boyd and two AK-47s | x | | | | |
| | 47 | Sutton | text | x | | | | x |
| | 32 | Sutton | general summary of audio recording of Daniel Boyd | x | | | | x |
| | 49 | Sutton | CD recording June 9th, 3/5/08, 5/20/09, 4/18/09 | x | | | | x |
| | 27 | Sutton | summary of audio recording 7/3/09 | x | | | | x |
| | 29 | Sutton | summary of audio on 3/5/08 | x | | | | x |
| | 49 | Sutton | CD recording of 3/5/08 | x | | | | x |
| | 28 | Sutton | summary of audio on 5/20/09 | x | | | | x |

| | 30 | Sutton | summary of audio on 4/18/09 | x | | | | x |
|---|---|---|---|---|---|---|---|---|
| | 33 | Sutton | summary of audio on 6/10/09 | x | | | | x |
| | 48 | Sutton | ballast | x | | | | x |
| | 1 | Sutton | photo of entryway in boyd home | x | | | | x |
| | 2 | Sutton | photo of cabinet in boyd home entryway | x | | | | x |
| | 3 | Sutton | photo of emergency response to terrorism handbook | x | | | | x |
| | 4 | Sutton | photo of gas mask | x | | | | x |
| | 5 | Sutton | photo of gas mask | x | | | | x |
| | 6 | Sutton | photo of two additional gas mask | x | | | | x |
| | 8 | Sutton | photo of garage with bow and arrow and swords | x | | | | x |
| | 9 | Sutton | photo of large edge weapons | x | | | | x |
| | 10 | Sutton | photo of large edged weapon | x | | | | x |
| | 11 | Sutton | photo of trench or pit area under deck | x | | | | x |
| | 12 | Sutton | photo of deck where "bunker" is dug out | x | | | | x |
| | 13 | Sutton | photo of plywood "lookout" in front of house | x | | | | x |
| | 14 | Sutton | flyer of joining Islam | x | | | | x |
| | 15 | Sutton | photo of firearm consistent with AK-47 type | x | | | | x |
| | 16 | Sutton | photo of firearm | x | | | | x |
| | 17 | Sutton | photo of firearm found on property | x | | | | x |
| | 18 | Sutton | photo of M-16 type rifle | x | | | | x |
| | 19 | Sutton | photo of "introduction to basic chemistry" | x | | | | x |
| | 34 | Sutton | photo of all of weapons seized | x | | | | x |
| | 38 | Sutton | photo of all of ammunition seized from property | x | | | | x |
| | 42 | Sutton | FD302 report utilized by agents of FBI | x | | | | x |
| | 39 | Sutton | photo of empty box that held ammo | x | | | | x |
| | deft 7-A | | birth certificate | | | | | |
| | deft 7-B | | high school record | | | | | |
| | deft 7-C | | NCSU transcripts | | | | | |
| | deft 7-D | | copy of passport | | | | | |
| | deft 7-E | | affidavit of Carl Newsome | | | | | |
| | deft 7-F | | affidavit of Sonya Saheed | | | | | |