# GENERAL DISCOVERY

| Date Discovery Received | Discovery Provided |
|---|---|
| August 17, 2009 | Pages 1 - 2,320 ("1st set") |
| August 17, 2009 | Audio/video disks 1 - 60 |
| September 20, 2009 | Audio/video disks 61 - 168<br>Pages 2,320 - 5,242 ("2nd set") |
| September 20, 2009 | Audio/video disks 169 - 317 |
| September 30, 2009 | Audio/video disks 318 - 387 |
| October 8, 2009 | Audio/video disks 388 - 398 |
| October, 2009 | Pages 5,243 - 10,639 ("3rd set") |
| October 22, 2009 | Pages 10,640 - 13,832 ("4th set") |
| October 27, 2009 | Pages 13,833 - 16,728 ("5th set") |
| December 7, 2009 | Audio/video disks 399 - 408<br>Pages 16,729 - 17,253 ("6th set") |
| December 15, 2009 | Audio/video disks 410 - 493 |
| January 29, 2010 | Audio/video disks 494 - 501<br>Pages 17,254 - 19,685 ("7th set") |
| February 3, 2010 | Replacement for Pages 5,243 - 10,639 ("3rd set") |
| February 12, 2010 | Audio/video disks 502 - 610<br>Pages 19,686 - 21,171 ("8th set") |
| **FEBRUARY 12, 2010** | **GENERAL Discovery Deadline** |
| March 15, 2010 | ~400 pages of "rescans" provided |
| March 26, 2010 | Replacement disk for "5th set" above<br>Re: inadvertent classified disclosure |
| April 16, 2010 | Pages 21,172 - 21,200 ("12th set") |
| May 6, 2010 | Pages 21,201 - 21,228 ("13th set") |
| May 13, 2010 | Pages 21,229 - 21,303 ("15th set") |

## SENSITIVE DISCOVERY RECEIVED/EXPECTED

Original deadline of December, 2009 moved to January 14, 2010; moved again to February 12, 2010.

(A)  1st "sensitive" production (provided on December 15, 2009):
-disk A
The recordings on the CD are organized into 7 folders labeled with the number of the phone line that was being monitored and 2 other folders with recorded conversations. There are a total **538** conversations recorded on the CD. We are not sure what the total length of the CD is, but out of the 30 conversations reviewed there were a few ten minute conversations and one 45 conversation.
-No identifiers other than telephone/cell numbers for audio and user of phone.

(B)  2nd "sensitive" production (provided on January 12, 2010):
-disk "B"
The recordings on the CD are organized into "2 disks" (disk 1 & disk 2); "disk1" has 6 folders, with 88 files; "disk 2" has 3 folders, with 175 files. It appears there are a total of 263 conversations recorded on the CD. We are not sure what the total length of the CD's
-No identifier other that telephone/cell number for audio

(C)  3rd "sensitive" production (provided on January 15, 2010)
-disk "C" with 8,269 pages of paper

(D-I)  4th "sensitive" production (provided on January 29, 2010)
-6 disks ("D" through "I")
audio/video surveillance, You Tube videos

(J-S)  5th "sensitive" production (provided on or about February 3, 2010)
-10 disks ("J" through "S")
-disks total 39 hours, 34 minutes, 37 seconds of audio/video

**FEBRUARY 12        SENSITIVE Discovery Deadline**

(T)  6th "sensitive" production (provided February 15, 2010)
-disk "T" (replacement disk) with 42 pages of paper

(U)  7th "sensitive" production (provided February 19, 2010)
-disk "U" (audio)

(V)  pages 8,342 - 8,449 (provided May 6, 2010)
-all paper

**Computer Harddrives**
 -24 received on or about April 13, 2010

**Affirmative Computer Harddrive Evidence**

-"1st" production on or about April 28, 2010

-"2nd" production on or about April 29, 2010

-"3rd" production on or about May 3, 2010

-"4th" production on or about May 6, 2010

-"5th" production on or about May 7, 2010

-"6th" production on or about May 11, 2010

**Voice Samples**

-Provided on or about March 23, 2010

**Transcript Designations**

-Sample transcripts provided on or about April 16, 2010

-"1st" designation provided on or about April 23, 2010

-"2nd" designation provided on or about May 2, 2010