IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-216-1FL

UNITED STATES OF AMERICA )
)
)
v. )
)
DANIEL PATRICK BOYD )

**FINAL ORDER OF FORFEITURE**

WHEREAS, on March 7, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 981(a)(1)(G), as made applicable herein by 28 U.S.C. § 2461(c), based upon the defendant pleading guilty to 18 U.S.C. §§ 2331 and 2332b(g)(5), and agreeing to the forfeiture of the property listed in the March 7, 2011 Preliminary Order of Forfeiture, to wit:

**Contents of Bank Accounts**

Bank of America Account Number 000694780927

Wachovia Bank Account Numbers 2000017763338 and 1010102805600;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between April 5, 2011 and May 4, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to

petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the property described in this Court's March 7, 2011 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the property listed in the March 7, 2011 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Department of Justice is directed to dispose of the property according to law.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this __2nd__ day of November, 2011.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE

N:\BHartley\afcrim.dir\Boyd Daniel  final order.wpd