FILED
MAR 0 8 2019
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

To Whom It May Concern 3/5/19

As per your request this is the written request for the docket sheet and superseding indictment in their entirety on behalf of Daniel P. Boyd inmate #51765-056 in reference to case #5:09-CR-216-FL-1.

Please find also included a money order in the amount of $28.00 as also requested.

Please send all documents to:

Daniel Boyd #51765-056
FCI Allenwood Medium
P.O. Box 2000
White Deer, PA 17887

I appreciate your help on behalf of Mr. Boyd.

Respectfully,

Maryam Boyd